# UNITED STATES DISTRICT COURT
for the

RECNC*230113AM1144MDG7-ATH

Steve Simonds, - Pro se
_____
Plaintiff/Petitioner

v.

See "defendants" page 1
_____
Defendant/Respondent

Civil Action No. _____

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

Retired - Steve Simonds. Plaintiff - Pro se

My gross pay or wages are: $ 23,000 YR/month and my take-home pay or wages are: $ Same per
*(specify pay period)* year.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment      ☐ Yes   ☒ No
(b) Rent payments, interest, or dividends              ☐ Yes   ☒ No
(c) Pension, annuity, or life insurance payments       ☒ Yes (Icluded)  ☐ No
(d) Disability, or worker's compensation payments      ☐ Yes  Above   ☒ No
(e) Gifts, or inheritances                             ☐ Yes   ☒ No
(f) Any other sources                                  ☐ Yes   ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Retired from County gov't & compensated $6,000 per year (mol)

Steve Simonds
Pro se

4. Amount of money that I have in cash or in a checking or savings account: $ 11,000

5. Any (automobile), (real estate), stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name (describe the property and its approximate value):

① 2007 - Nissan Frontier - $7,000
② Own my home, Mtge with Wells Fargo, owe $50,000 to (WFOL)

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses (describe and provide the amount of the monthly expense):

① Own my Home @ 1518 Longbow Dr., Lakeland, Fl, 33810
Amt of my mtge is approximately $50,000
② Water/sewer - $100 monthly, ③ Electric $150.00 ④ Cable - $160
③ Homeowners Insurance $180 month, taxes $140 per quarter monthly, HOA - $80 monthly
⑤ Car Insurance - $100 month
⑥ Medication - $60 month
⑦ Food - $500 month
⑧ Gas - $200 month
⑨ Maintenance on truck - $90 mo.  LAG
⑩ Mtce./chges on home - $110 month
⑪ Clothing - $60 month
⑫ Hair cut - $40 month

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

N/A

8. Any debts or financial obligations (describe the amounts owed and to whom they are payable):

Mtge - Wells Fargo, $400 mthly
Home owner Ins. - $180/mth
Total Amt owed is approximately $50,000

Declaration: I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: Jan. 8, 2023

Steve Simonds - Pro S
Applicant's signature

Steve Simonds Pro Se
Printed name

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

__Daizy Rosenberger (misRchild) - NO INCOME__
_Plaintiff/Petitioner_
)
)  Civil Action No.
__See "defendants" pAge 1__
_Defendant/Respondent_
)
)

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: __Dept of FAMily and Children Service__
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.   __Athens, GA__

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are:  $ __0__ , and my take-home pay or wages are:  $ __0__ per
*(specify pay period)* __0__ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment      ☐ Yes   ☒ No
(b) Rent payments, interest, or dividends              ☐ Yes   ☒ No
(c) Pension, annuity, or life insurance payments       ☐ Yes   ☒ No
(d) Disability, or worker's compensation payments      ☐ Yes   ☒ No
(e) Gifts, or inheritances                             ☐ Yes   ☒ No
(f) Any other sources                                  ☐ Yes   ☒ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ N/A

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

N/A

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

N/A

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

N/A

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

N/A

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 1/9/2023

Daisy is in custody of DFCS Athens, GA. I was not allowed to see my child...

Applicant's signature

Daisy Rosenberger
Printed name